# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 10-00498 LJO |
| Plaintiff, | **ORDER ON MOTIONS IN LIMINE** |
| vs. | |
| LONNY RAY HAYCOCK | |
| Defendant. | |

The Court has received and reviewed the parties' motions in limine, along with the Defendant's response to the Government's motions in limine. The Court orders as follows:

The Government's motions, numbers one through seven, are granted, with no opposition by the Defendant.

The Defendant's motions:

    1. The Government, at the scheduled hearing (January 9, 2011, at 2:30 p.m.) will need to be prepared to show defense counsel and the court the graphics it intends to introduce into evidence at trial so the Court can make an appropriate ruling on the FRE 403 objection;

    2. The Court will grant the request to have a brief hearing before the minors testify, but will not require the minors to come to court in advance of the trial for such a hearing (FRE 603);

    3. The Court tentatively grants the motion to exclude mention of the defendant's suicide attempt (FRE 401);

    4. The Court will need to hear from the Government on its position on the Miranda violation assertion, but in the event an evidentiary hearing is needed, it should occur at the time of the set hearing.

IT IS SO ORDERED.

**Dated:   January 4, 2012**                       /s/ Lawrence J. O'Neill

1 UNITED STATES DISTRICT JUDGE

2